FILED
JAMES J. WALDRON

FEB - 6 2013

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPU

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re<br><br>JACK H. BOYAJIAN,<br><br>                Debtor. | Case No.: 09-32883 (MS)<br><br>Chapter 7 |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE,<br><br>                Plaintiff,<br>v.<br><br>JACK H. BOYAJIAN,<br><br>                Defendant. | Adv. Pro. No.: 10-1065 (MS) |

## NOTICE OF ERRATUM IN OPINION

**TO:** McCARTER & ENGLISH LLP
Charles A. Stanziale, Jr., Esq.
Kate Roggio Buck, Esq.
Donald J. Crecca, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Counsel for Plaintiff,*
*Charles A. Stanziale, Chapter 7 Trustee*

WILLIAM RUSH, ESQ.
585 Hoboken Road
Carlstadt, NJ 07072
*Counsel for Defendant, Jack H. Boyajian.*

The court hereby issues a Notice of Erratum and corrects its Opinion dated and filed January 31, 2013 in the captioned adversary proceeding; accordingly, the following language on page 24 is deleted:

> • Boyajian engaged in a high volume of financial transactions and operated scores of business entities, in the process controlling the receipt and expenditure of great sums of money, yet he thoroughly failed to account for his dealings;[22]

and is replaced with the following:

> • Boyajian had historically engaged in a high volume of financial transactions through many entities, in the process controlling the receipt and expenditure of great sums of money; yet prepetition since at least 2005 he substantially failed to account for his dealings;[22]

Dated: 2/6/13

Morris Stern
United States Bankruptcy Judge

2